

Federal Communications Commission
Washington, D.C. 20554

March 4, 2024

**<u>BY ELECTRONIC FILING</u>**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

     Re: Texas Association of Business v. FCC & USA, No. 24-60085

Dear Mr. Cayce,

     In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission ("Commission") hereby notifies the Court that on February 29, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

                              Respectfully submitted,

                              /s/ Adam L. Sorensen

                              Adam L. Sorensen
                              Counsel

cc: Counsel of Record